No. 1,566.—NORTHERN PACIFIC RAILWAY COM-
PANY, RESPONDENT, *v.* NEFF, APPELLANT.

*Appeal from District Court, Deer Lodge County.*

On motion to dismiss appeal.

Decided January 16, 1902.

PER CURIAM.—Upon motion of the respondent, the appeal is dismissed in accordance with the stipulation on file, each party paying his or its own costs.

*Mr. Bernard Noon,* for Appellant.

*Mr. William Wallace, Jr.,* for Respondent.